# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
|---|---|
| v. | : NO. 19-24-1 |
| BRANDON BAUTISTA | : |

## ORDER

**AND NOW**, this 6th day of April 2021, upon considering Defendant's pro se Motion for compassionate release (ECF Doc. No. 111), Defendant's Addendum (ECF Doc. No. 115), the United States' Response (ECF Doc. No. 116), the sealed medical records (ECF Doc. No. 114), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion for compassionate release (ECF Doc. No. 111) is **DENIED** without prejudice.

_____
KEARNEY, J.